1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
10                            AT TACOMA

11   WILLIAM FINN III and CINDY FINN,

12              Plaintiff,

13         v.                                    Case No. MS06-5015FDB

14   JOHN S. PETERSON, attorney at law,          ORDER DENYING IFP AND
     MICHAEL D. BOHANNON, attorney at law,       DISMISSING CAUSE OF ACTION
15   separately/jointly responsible,

16              Defendants.

17
         Plaintiff applies to proceed in forma pauperis in this cause of action, "Criminal Complaint and
18
     Notice of Felony and Request for Presentment of Facts in Front of A Federal Grand Jury For
19
     Indictment as Per 18 USC, Part.1, Chapter 1, Par. 4 Under Misprision of Felony."  Plaintiffs have
20
     assets sufficient to render it reasonable to require them to pay the filing fee in this matter.
21
         Plaintiffs' case has been docketed as a miscellaneous matter, but it does not appear
22
     appropriate for this matter to proceed as such, if at all.  Plaintiffs appear to complain about not being
23
     allowed by the Bankruptcy Court  to withdraw from voluntary bankruptcy and they also assert that
24
     the attorney defendants are illegally attempting to interfere with the Dutchess Trust as an alter ego of
25

26   ORDER - 1

1    William Finn III and Cindy Finn.  An individual may not independently file criminal charges, and

2    Plaintiffs' concerns are matters that are more appropriately brought before the Bankruptcy Court.

3            NOW, THEREFORE, IT IS ORDERED:

4            1.      Plaintiffs' Application to Proceed *In Forma Pauperis* is DENIED;

5            2.      Plaintiffs' cause of action is DISMISSED.

6            DATED this 17th day of July, 2006.

7

8                                              _____

9                                              FRANKLIN D. BURGESS
                                               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER - 2