UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM FINN III and CINDY FINN,

    Plaintiffs,

    v.

JOHN S. PETERSON, attorney at law,
MICHAEL D. BOHANNON, attorney at law,
separately/jointly responsible,

    Defendants.

Case No. MS06-5015 FDB

ORDER DENYING REQUEST
FOR WRIT OF MANDAMUS

By Order dated July 17, 2006, this Court denied Plaintiffs' application to proceed *in forma pauperis* and dismissed Plaintiffs' action entitled "Notice of Felony" on the basis that an individual may not independently file criminal charges. Plaintiffs now move this Court for a writ of mandamus to file the same pleadings previously dismissed "under the rules of misprison of felony." For the reasons previously stated, the writ is denied and the action will not be reopened.

NOW, THEREFORE, IT IS ORDERED:

Plaintiffs' Writ of Mandamus [Dkt. #4] is DENIED.

DATED this 8th day of November, 2006

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1